# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VTT TECHNICAL RESEARCH CENTRE OF FINLAND LTD.**, <br><br> Plaintiff, <br><br> vs. <br><br> **SITIME CORPORATION**, <br><br> Defendant. | CASE NO. 19-cv-01174-YGR <br><br> **CASE MANAGEMENT AND PRETRIAL ORDER** <br><br> Re: Dkt. No. 33 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has received parties Updated Joint Case Management Statement and Proposed Order. (Dkt. No. 33.) Finding that the scheduled proposed therein (*id.* at 7-8) comports with the Court's instructions during the July 15, 2019 initial case management conference (Dkt. No. 29), the Court hereby **SETS** the following schedule:

| Deadline | Date |
|---|---|
| Compliance hearing regarding name of mediator and date of mediation | August 23, 2019 |
| Disclosure of asserted claims and infringement contentions & accompanying document production under Patent L.R. 3-1, 3-2 | September 6, 2019 |
| Deadline to serve invalidity contentions and accompanying document production under Patent L.R. 3-3, 3-4 | October 21, 2019 |
| Parties to exchange proposed claim terms for construction under Patent L.R. 4-1 | November 4, 2019 |
| Parties to exchange proposed constructions under Patent L.R. 4-2 | November 25, 2019 |
| Deadline to amend pleadings or join additional parties without leave of the Court. After this date, pleadings may be amended or additional parties joined only subject to the terms of Fed. R. Civ. P. 15. | December 2, 2019 |

| Deadline | Date |
|---|---|
| Deadline to serve damages contentions under Patent L.R. 3-8 | December 10, 2019 |
| Parties to file joint Claim Construction Chart and Prehearing Statement including citations to evidence (intrinsic and/or extrinsic) under Patent L.R. 4-3 | December 20, 2019 |
| Private Mediation to be Completed | December 20, 2019 |
| Deadline to complete discovery related to claim construction under Patent L.R. 4-4 | January 31, 2020 |
| All Parties Submit Opening Briefs for *Markman* Hearing | March 16, 2020 |
| All Parties Submit Opposition Brief for *Markman* Hearing. | March 30, 2020 |
| Technology Tutorial | April 8, 2020 2:00 PM |
| *Markman* Hearing | April 24, 2020 9:00 AM |
| Deadline to Disclose any Reliance on Advice of Counsel and Production of Opinion | 50 days after Claim Construction Order |
| Deadline to Complete Fact Discovery | 120 Days after Claim Construction Order |
| Deadline for Opening Expert Reports by the Party with the Burden of Proof | 60 days after Fact Discovery deadline |
| Deadline for Rebuttal Expert Reports | 30 days after service of opening expert reports |
| Deadline for Reply Expert Reports | 30 days after service of rebuttal expert reports |
| Deadline to Complete Expert Discovery | 45 days after service of reply expert reports |
| Deadline to File Dispositive Motions (including Motions for Summary Judgment, Motions to Strike Expert Testimony, or *Daubert* Motions) | 28 days after Expert Discovery deadline |

The Court will determine the dates for parties' pretrial conference and trial at a later date.

**IT IS SO ORDERED.**

Dated: August 7, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2