# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 5/15/2020 | **Time:** 9:15am-10:35am | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-01174-YGR | **Case Name:** VTT Technical Research Centre of Finland Ltd. v. SiTime Corporation | |

**Attorney for Plaintiff:** William Woodford, Michael Headley
**Attorney for Defendant:** David Jakopin , Matthew Hindman; Kenneth Keller
Aaron Partridge; Vinod Menon and Rajesh Vashist  SiTime Company Representatives

**Deputy Clerk:** Frances Stone     **Court Reporter:** Pam Hebel.

## PROCEEDINGS
Claim Construction Hearing via Zoom Video Webinar- HELD