UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VTT TECHNICAL RESEARCH CENTRE OF FINLAND LTD.**, <br><br>  Plaintiff, <br><br> vs. <br><br> **SITIME CORPORATION**, <br><br>  Defendant. | CASE NO. 4:19-cv-1174-YGR <br><br> **ORDER REGARDING CLAIM CONSTRUCTION** <br><br> Re: Dkt. Nos. 44, 45 |

On May 15, 2020, the Court heard oral argument on the parties' claim construction disputes. At the hearing, counsel for SiTime Corporation represented that its expert, Dr. Clark Nguyen, would agree that the terms "drive" and "sense" do not connote structure to a person of ordinary skill in the art. Accordingly, SiTime is **DIRECTED** to submit a declaration from Dr. Nguyen regarding whether he would understand the terms "drive" and "sense" to denote a type of structure having a generally understood meaning in the field of MEMS technology. In other words, Dr. Nguyen is requested to opine on whether the terms "drive" and "sense" could be used as nouns to refer to a type of component, element, or device in the field of MEMS technology. The declaration shall not exceed three (3) pages and shall be filed no later than May 27, 2020.

**IT IS SO ORDERED.**

Dated: May 15, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**