United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VTT TECHNICAL RESEARCH CENTRE OF FINLAND LTD.,**<br><br>      Plaintiff**,**<br><br>   vs.<br><br>**SITIME CORPORATION,**<br><br>      Defendant**.** | CASE NO.  4:19-cv-1174-YGR<br><br>**JUDGMENT** |

The Court having construed all asserted claims of United States Patent No. 8,558,643 (the "'643 Patent") in the Claim Construction Order (Dkt. No. 64), and having found all claims with the limitation "drive or sense means" indefinite, it is **ORDERED, ADJUDGED AND DECREED** that:

For the reasons set forth in the Court's Order on July 9, 2020 (Dkt. No. 64), claims 1 and 29, and claims 2-28 and 30 as dependent thereon, are invalid pursuant to 35 U.S.C. § 112.

The foregoing claims include all asserted claims of the '643 Patent in this action.  The Clerk of the Court shall enter this judgment and close this matter.

**IT IS SO ORDERED.**

Dated: July 17, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**